IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ALLEN BIMLER, as Personal Representative of the ESTATE OF CRAIG A. BIMLER,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CV-24-81-GF-JTJ<br><br><br>ORDER |

Defendant Wells Fargo Bank, N.A., ("Wells Fargo") filed a Motion to Compel Arbitration (Doc. 30). Plaintiff Allen Bimler ("Bimler") has conceded that the motion should be granted. (Doc. 54). Bimler has not requested that this action be stayed pending arbitration proceedings.

Therefore, the Court **ORDERS** as follows:

1. Wells Fargo's Motion to Compel Arbitration (Doc. 30) is **GRANTED**.

2. Bimler's Moton to Amend/Correct Complaint (Doc. 28) is **DENIED AS MOOT.**

3. The action is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court

1

is directed to close this case.

DATED this 18th day of August 2025.

/s/ John Johnston
John Johnston
United States Magistrate Judge